

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-13-00001-CV

## IN THE ESTATE OF ALLEN EUGENE DENTON, III, DECEASED

---

**From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 14,245-PC**

---

## ORDER

---

Noting that the parties have reached an agreement to settle all issues pending before this Court and the trial court, appellants and appellees have filed a joint motion requesting this Court to abate this appeal to permit the trial court to render orders effectuating the agreement of the parties.

We grant the parties' motion and abate the appeal for 30 days from the date of this order. *See* TEX. R. APP. P. 42.1(a)(2)(C). If the necessary orders are rendered by the trial court within that time frame, the parties are instructed to file a motion to reinstate and dismiss the appeal in accordance with their settlement agreement. If the necessary orders have not been rendered by the trial court within that time frame, the parties are

instructed to file a report informing this Court about the status of the appeal and requesting any necessary extension of the abatement.


PER CURIAM

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Appeal abated
Order issued and filed February 6, 2014